UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDY L. BAKER

CIVIL ACTION

VERSUS

NO. 17-1535-JWD-EWD

ILLINOIS CENTRAL
RAILROAD COMPANY

**O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report dated December 13, 2017, to which no objection was filed;

**IT IS ORDERED** that the Motion to Remand, (Doc. 7) be GRANTED and that this matter be remanded to the 21st Judicial District Court, Parish of Livingston, State of Louisiana.

Signed in Baton Rouge, Louisiana, on January 2, 2018.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**